LEWIS E. IANDOLI, Doing Business as BLUE RIDGE FUEL COMPANY, Appellant, v. FLORENCE C. LANGE, Respondent.—

794

Concur — Stevens, P. J., Nunez, Steuer and Tilzer, JJ.